UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>        Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY, et al.,<br><br>        Defendants. | Case No. 18cv1847-JAH (KSC)<br><br>**ORDER SCHEDULING DISPOSITION CONFERENCE** |

  In light of Plaintiff's notice of settlement (Doc. No. 13), and information brought to this Court's attention regarding litigation by Plaintiff's counsel, and filing irregularities and admissions by Plaintiff's counsel on matters of record in this District[1] that create concerns relating to Plaintiff's actual involvement in this action and whether an actual case or controversy and/or subject matter jurisdiction exist pursuant to Article III of the United States Constitution. Art. III, § 2, cl. 2. The Court may confirm its own subject matter jurisdiction and evaluate for itself the merits of jurisdictional claims. Augustine v. United

---

[1] The Court takes judicial notice of the action entitled *Jackson v. Dang et al.*, 18-CV-1380-CAB(WVG) at Doc. Nos. 9, 24. Plaintiff and Plaintiff's counsel were scheduled to personally appear on Jan 10, 2019 and January 31, 2019. Plaintiff's counsel appeared; Plaintiff did not.

1

States, 704 F.2d 1074, 1077 (9th Cir. 1983). Plaintiff has the burden of establishing that jurisdiction exists. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff, Plaintiff's counsel, and Defense counsel shall appear before this Court on **March 28, 2019 at 11:30 a.m.** to show cause why the action should not be dismissed ("OSC") for lack of subject matter jurisdiction and/or lack of the existence of a case or controversy. The party representative for Defendant need not personally appear.

**IT IS FURTHER ORDERED** that:

(1) The Clerk of Court shall lodge but not file any pleadings or documents by Plaintiff or Defendant prior to the OSC hearing, until further order of the Court.

(2) Plaintiff and Plaintiff's counsel are hereby admonished that failure to comply with this Order, including failure to appear at the OSC hearing, may result in sanctions against Plaintiff and Plaintiff's counsel, jointly and severally.

**IT IS SO ORDERED**.

DATED: March 8, 2019

_____
JOHN A. HOUSTON
United States District Judge