UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>   Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY, et al.,<br><br>   Defendants. | Case No. 18cv1847-JAH (KSC)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS (Doc. No. 28) AS MOOT** |

On May 10, 2019, Defendant filed a Motion to Dismiss Plaintiff's state law claims, alleging that Plaintiff's complaint raises novel and complex issues of state law and that Plaintiff's state law claims substantially predominate over the federal ADA claim. Doc. No. 28. On May 14, 2019, Plaintiff filed a First Amended Complaint ("FAC"), removing all state law claims from his pleading. Doc. No. 29. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 28) is **DENIED <u>as moot</u>**.

**IT IS SO ORDERED**.

DATED: July 16, 2019

_____
JOHN A. HOUSTON
United States District Judge

1